UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIA L. HECKSCHER, | |
|     Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:12-cv-87-WBH |
| ROGER L. DOWD, et al, | |
|     Defendants. | |

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, for consideration of Defendant's motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 25th day of April, 2012.

                                        JAMES N. HATTEN
                                      CLERK OF COURT

                            By:  s/ Harry F. Martin
                                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  April 25, 2012
James N. Hatten
Clerk of Court

By: s/ Harry F. Martin
      Deputy Clerk